IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                         CASE NO. 4:06CR00009

CHERYL MOTEN

ORDER

Pending is defendant's Motion to Reconsider, and the government's response. Defendant contends that the Court should hold a hearing and require the government to prove that none of the evidence it intends to introduce in its case-in-chief was not tainted by or obtained as a result of the defendant's internal affairs statement. The government has previously stated that it does not intend to use the statement against the defendant at trial, and now responds that none of the evidence it intends to introduce at trial results from defendant's statement to Internal Affairs investigators regarding her job performance as an employee of the Division of Youth Services.

Defendant's motion is denied as moot (#30).

IT IS SO ORDERED THIS  24  day of March, 2006.


James M. Moody
United States District Judge